RECEIVED BY MAIL
OCT 04 2023
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kevin Herman Larson

Plaintiff(s),

(Enter the full name(s) of ALL plaintiff(s) and prisoner number(s) in this action.)

vs.

Governor of Minnesota, Tim Walz

Minnesota Supreme Court Justice, Margaret H. Chutich

Known and Unknown Employees of Minnesota and Counties

Defendant(s).

(Enter the full name(s) of ALL defendants in this action. Please attach additional sheets if necessary).

Case No. 23-cv-3076 WMW/TNL
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES **X**   NO ___

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983

### I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved

SCANNED
OCT 04 2023
U.S. DISTRICT COURT MPLS

in this action or otherwise relating to your imprisonment in the last three years?
- ☐ Yes

- ☒ No

B. If you answer to (a) is "yes", describe each lawsuit in the space below.

    1. Parties to the previous lawsuit:

        Plaintiffs:


        Defendants:


    2. Court (If federal court, name the district. If state court, name the state and county.):


    3. Case Number:


    4. Name of judge assigned to the case:

    5. Cause of action (Cite the statute under which you filed and write a brief statement of the case):


    6. Disposition or final determination of the case (for example, dismissed or appealed).


    7. Approximate date of filing the lawsuit:

    8. Approximate date of disposition or final determination of the lawsuit:


***Attach a copy of the disposition or final determination of the lawsuit if it was filed in a court other than the U.S. District Court for the District of Minnesota.***

If there was more than one lawsuit, describe the additional lawsuits on a separate sheet of paper answering the same questions in the same order as above in Question 1(b). Label this information as Question 1(b).
Check here if additional sheets of paper are attached. ☐

II. PRESENT PLACE OF CONFINEMENT

A. Is there a prisoner grievance procedure in the institution?

    ☐ Yes

    ☒ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?

    ☐ Yes

    ☒ No

C. If you answered "yes" to question II.B.:
  1. What steps did you take:

  2. What was the result?

***Attach a copy of the decision or disposition received from the prisoner grievance procedure.****

D. If you answered "no" to question II.B., explain why you did not present the facts relating to your complaint in a prisoner grievance procedure.
This is a matter of what is crime and/or criminal conviction. It is Plaintiff's understanding that prisoner grievance procedure is for prison rules not a grievance against the abuse and misuse of the judicial system.

III. PARTIES

List your name, prisoner number, address and telephone number. Do the same for any additional plaintiffs. Attach an additional sheet of paper, if necessary.

A.    Name of Plaintiff: Kevin Herman Larson

    Prisoner Number 135644

    Address Rice County Jail
            118 3rd St. NW
            Faribault, MN 55021

3

Additional Plaintiffs:

Provide each defendant's full name, official position, and place of employment. Attach additional sheets of paper, if necessary.

B. Name: Tim Walz

Official Position: Governor of Minnesota

Employer's Address: 75 Rev. Dr. Martin Luther King Jr. Blvd. #130, St. Paul MN 55155

Additional Defendants: Justice Margaret H. Chutich, Minnesota Supreme Court 25 Rev. Dr. Martin Luther King Jr. Blvd. St. Paul MN 55155 Known and Unknown Employees of Minnesota and Counties of Minnesota acting under the color of law. Here Plaintiff needs legal help to determine whom is or not responsable for the illegal term of slavery imposed.

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper as II.A. for Plaintiffs and II.B. for Defendants.

IV. STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. Describe how each individual defendant is personally involved, including dates, places and specific wrongful acts or omissions by each defendant. Each factual allegation should be provided in separately lettered paragraphs, beginning with letter A. Do not make any legal arguments or cite any cases or statutes.

A. I Plaintiff Kevin Herman Larson "understand"(s) that Tim Walz is Governor of the State of Minnesota and Plaintiff is being held in illegal imprisonment under Minnesota Statute 243.166 at the will of the employees to commit the act that is the cause for the so-called criminal prosecution or Plaintiff must sign a legal

4

See additional pages

binding document to enslave Plaintiff for years beyond the legal binding sentence of Judge Haas at sentencing on Jan. 4, 1993 in Cass County Minnesota, where that Court's sentence hold that all statutes such as M.S. 243.166 having there language effective date of August 1, 1991 are "not applicable". As Governor Tim Walz is required to carry out this sentence as stated at sentencing not seek changing except through direct Court Proceeding.

B. Minnesota Supreme Court, Justice, Margaret Chutich cannot authorize the District Courts to commit the act that is the grounds for criminal prosicution! In State v. Larson Justice Margaret Chutich holds Having examined the language of subdivision 3(a) of section 243.166, we conclude that the legislature authorized one unit of prosecution for each assignment of a corrections officer. When the Sentence Court assigns the commissioner of corrections to the person at sentencing the date is set for this one corrections agent to assign another corrections agent that Margaret Chutich holds is the action for one unit of prosecution. Just because someone other is punished for the act of assigning of the correction agent does not justify the committing of the act that is the grounds for additional criminal prosicution at sentencing.

page 4                                    Additional Page

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☒
Please label the attached sheets of paper to as Additional Facts and continue to letter the paragraphs consecutively.

V. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you. Do not make any legal arguments or cite any cases or statutes. Appoint Legal Counsel to represent Plaintiff due to Plaintiff's lack of education and the complex legal question this conspiracy of reestablish enslavement and deny Honorable Judge Micheal J. Haas, His right as sentencing Court to be Honored with the upholding of His sentence imposed. An order overturning all convictions under M.S. 243.166 and the conviction under M.S. 609.343 as the poisonous tree from which the convictions under M.S. 243.166 grew. An order for reparation of $12000.00 a day for illegal enslavement under M.S. 243.166 from November 28, 1994 until enslavement ends.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge, and belief.

Signed this  29  day of September, 2023

Signature(s) of Plaintiff(s)  _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5